UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TROY WARE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:05-cv-180 |
| ) | *Edgar* |
| BRADLEY COUNTY JUSTICE CENTER ) | |
| WENDY CAROL; and MS. BROWN, ) | |
| Medical Department at Bradley County ) | |
| Justice Center, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

ENTER this *22nd day of July, 2005*.

　　　　　　　　　　　　　　　　　　*/s/ R. Allan Edgar*
　　　　　　　　　　　　　　　　　　R. ALLAN EDGAR
　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE